ACCEPTED
03-15-00478-CR
6948524
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/16/2015 11:15:29 AM
JEFFREY D. KYLE
CLERK

## NO.  03-15-00478-CR & 03-15-00479-CR

IN THE COURT OF APPEALS FOR THE
THIRD COURT OF APPEALS
AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/16/2015 11:15:29 AM
JEFFREY D. KYLE
Clerk

****************

# DAVID WAYNE STOKES

# VS.

# THE STATE OF TEXAS
****************

ON APPEAL FROM THE
264th JUDICIAL DISTRICT COURT OF
BELL COUNTY, TEXAS
CAUSE NO.  74,268

*********

# STATE'S BRIEF
*********

HENRY GARZA
DISTRICT ATTORNEY
27TH JUDICIAL DISTRICT

BOB D. ODOM
Assistant District Attorney
P.O. Box 540
Belton, Texas 76513
(254) 933-5215 / (254) 933-5704 Fax
DistrictAttorney@co.bell.tx.us

ATTORNEYS FOR THE STATE

i

# TABLE OF CONTENTS

Table of Authorities ................................................................................. ii

Appellant's Brief ....................................................................................... 1

Prayer ....................................................................................................... 2

Certificate of Compliance with Rule 9.................................................... 2

Certificate of Service ............................................................................... 3

# TABLE OF AUTHORITIES

*Anders v. California,* 386 U.S. 738
 87 S.Ct. 1396 (1967) ................................................................................................ 1

*Gainous v. State,* 436 S.W.2d 137
 (Tex.Cr.App.1969) ................................................................................................ 1

## APPELLANT'S BRIEF

After a review of the record, the Appellant's counsel concludes that the appeal is frivolous and that there are no arguable points of error (Appellant's Brief, pp. 1, 7).

Wherefore, Premises Considered, the State of Texas prays that the decision of the Trial Court be affirmed, *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967); *Gainous v. State,* 436 S.W.2d 137 Tex.Cr.App.1969).

PRAYER

WHEREFORE, PREMISES CONSIDERED, and since no reversible error is shown, the State respectfully prays that this Court affirm the conviction.

Respectfully submitted,

HENRY L. GARZA
DISTRICT ATTORNEY
27TH JUDICIAL DISTRICT

/s/ *Bob D. Odom*
BOB D. ODOM
Assistant District Attorney
P. O. Box 540
Belton, Texas  76513
Bar I.D. # 15200000
(254) 933-5215 / (254) 933-5704 Fax
DistrictAttorney@co.bell.tx.us

CERTIFICATE OF COMPLIANCE WITH RULE 9

This is to certify that the State's Brief is in compliance with Rule 9 of the *Texas Rules of Appellate Procedure* and that portion which must be included under Rule 9.4(i)(1) contains 369 words.

/s/ *Bob D. Odom*
BOB D. ODOM
Assistant District Attorney

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the State's Brief has been sent by e-service to the e-mail address:  Ken_Mahaffey@yahoo.com, provided by the Attorney of Record, Ken Mahaffey, on this the 16<u>th</u> day of <u>September</u>, <u>2015</u>.

HENRY L. GARZA
DISTRICT ATTORNEY
27TH JUDICIAL DISTRICT

/s/ *Bob D. Odom*
BOB D. ODOM
Assistant District Attorney
P. O. Box 540
Belton, Texas  76513
Bar I.D. # 15200000
(254) 933-5215 / (254) 933-5704 Fax
DistrictAttorney@co.bell.tx.us
